**Order entered October 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00844-CV

## IN RE J.H., Relator

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 95585-422**

## ORDER

Before the Court is relator's October 5, 2020 motion to clarify order granting stay. We **DENY** the motion.

/s/    JOHN G. BROWNING
        JUSTICE